**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03019-JLK

YOUNG TAEK HAN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to and in accordance with the ORDER FOR JUDGMENT AND REMAND entered by the Honorable Judge John L. Kane, on April 13, 2015, it is hereby

ORDERED that the decision of Commissioner of Social Security is reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly, final judgment is hereby entered in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in Shalala v. Schaefer, 509 U.S. 292, 296-302 (1993).

Plaintiff may have his costs upon the filing of a Bill of Costs within fourteen days of entry of judgment pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 13th day of April, 2015.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By:  s/ *Robert R. Keech*
>
> Robert R. Keech
> Deputy Clerk