IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 14-cv-03019-JLK

YOUNG TAEK HAN,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

## ORDER FOR AWARD OF EAJA FEES

Kane, J.

In light of the parties' Stipulation regarding fees under the Equal Access to Justice Act (EAJA), Plaintiff's Motion for Order Approving Stipulated Award of Fees (Doc. 16) is **GRANTED.** Defendant shall pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$4,850.00.** As set forth in the Stipulation, the parties agree EAJA award is without prejudice to Plaintiff's attorney's right to seek attorney fees under § 206(b) of the Social Security Act, 42 U.S.C. § 406(b), which would then be subject to the offset provisions of the EAJA.  *See* 28 U.S.C. § 2412(c)(1) (2006).

Dated at Denver, Colorado, this 14th day of May, 2015.

*s/John L. Kane*
SENIOR U.S. DISTRICT JUDGE